John Mullen, *et al.*, v. Selena Mullock.

Action by *Mullock* against *Mullen*, constable, and the two sureties upon his official bond. On the 26th of December, 1879, the plaintiffs in error (*Mullen* and Murphy) filed their petition for a new trial; and at the April Term, 1880, of the Washington district court, *Mullock* filed her motion to dismiss the petition because it showed that it was filed more than one year after the final judgment in the action. The court sustained this motion, and dismissed the action. The plaintiffs bring the case here. Other facts are stated in *Mullen v. Mullock*, 22 Kas. 599, 600.

*Joseph G. Lowe*, for plaintiffs in error.

*T. J. Humes*, for defendant in error.

*Per Curiam:* The judgment in this case will be affirmed, on the authority of *Soper v. Medberry*, ante, p. 128.